JEMMA E. DUNN
Nevada Bar No. 16229
DANIEL S. CHA *(Pro Hac Vice)*
California Bar No. 260256
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
JDunn@GGTrialLaw.com
DCha@GGTrialLaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| I.W., C.W., L.W., minors, by and through their legal guardians, J.W. and S.W., <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, JESUS F. JARA, an individual; KRISTY MUFFOLETTO, an individual; DINA MEYER, an individual; LORI CLARK; an individual; GREGORY SEVERTS, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive, <br><br> Defendants. | Case No. 2:26-cv-00382-JAD-MDC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT JESUS F. JARA'S MOTION TO DISMISS** <br><br> Date of Hearing:  July 27, 2026 <br> Time of Hearing: 1:30 pm <br> Crtrm.:    6D <br><br> Judge:    Hon. Jennifer A. Dorsey |

Plaintiffs I.W., C.W., and L.W., minors, by and through their legal guardians, J.W. and S.W. ("Plaintiffs"), and Defendant Jesus F. Jara ("Defendant Jara"), by and through his respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Defendant Jara filed his Motion to Dismiss on June 22, 2026 [Document No. 23];

WHEREAS, Plaintiffs' response to Defendant Jara's Motion to Dismiss is currently due on July 6, 2026;

WHEREAS, the Court has set a hearing on Defendant Jara's Motion to Dismiss for July

Case No. 2:26-cv-00382-JAD-MDC

27, 2026, at 1:30 p.m. in Courtroom 6D [Document No. 25];

WHEREAS, Plaintiffs require additional time to prepare their response because the parties are exploring a resolution to the issues Defendant Jara raised in his motion to dismiss;

WHEREAS, **the parties agree to extend Plaintiffs' deadline to respond to Defendant Jara's Motion to Dismiss by 2 days, up to and including July 8, 2026**;

WHEREAS, this is the parties' first request to extend Plaintiffs' deadline to respond to Defendant Jara's Motion to Dismiss; and

WHEREAS, this stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' deadline to respond to Defendant Jesus F. Jara's Motion to Dismiss shall be extended from July 6, 2026, to July 8, 2026.

Dated: July 6, 2026                    GREENBERG GROSS LLP

By _____ */s/ David C. Kiebler*_____
JEMMA E. DUNN
Nevada Bar No. 16229
DANIEL S. CHA *(Pro Hac Vice)*
DAVID C. KIEBLER
Nevada Bar No. 16724
Attorneys for Plaintiffs

Dated: July 6, 2026                    GARIN LAW GROUP

By _____ */s/ Lisa J. Zastrow*_____
LISA J. ZASTROW
Attorneys for Defendants

**IT IS SO ORDERED.**

By: _____
Hon. Jennifer A. Dorsey,
UNITED STATES DISTRICT JUDGE

Dated:    7/8/26 nunc pro tunc to 7/6/26

-2-                    Case No. 2:26-cv-00382-JAD-MDC