JEMMA E. DUNN
Nevada Bar No. 16229
DANIEL S. CHA *(Pro Hac Vice)*
California Bar No. 260256
DAVID C. KIEBLER
Nevada Bar No. 16724
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
JDunn@GGTrialLaw.com
DCha@GGTrialLaw.com
DKiebler@GGTrialLaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| I.W., C.W., L.W., minors, by and through their legal guardians, J.W. and S.W., <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, JESUS F. JARA, an individual; KRISTY MUFFOLETTO, an individual; DINA MEYER, an individual; LORI CLARK; an individual; GREGORY SEVERTS, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive, <br><br> Defendants. | Case No. 2:26-cv-00382-JAD-MDC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT JESUS F. JARA'S MOTION TO DISMISS** <br><br> Date of Hearing:  July 27, 2026 <br> Time of Hearing: 1:30 pm <br> Crtrm.:    6D <br><br> Judge:    Hon. Jennifer A. Dorsey |

Plaintiffs I.W., C.W., and L.W., minors, by and through their legal guardians, J.W. and S.W. ("Plaintiffs"), and Defendant Jesus F. Jara ("Defendant Jara"), by and through his respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Defendant Jara filed his Motion to Dismiss on June 22, 2026 [Document No. 23];

WHEREAS, Plaintiffs' response to Defendant Jara's Motion to Dismiss is currently due on

July 8, 2026;

WHEREAS, the Court has set a hearing on Defendant Jara's Motion to Dismiss for July 27, 2026, at 1:30 p.m. in Courtroom 6D [Document No. 25];

WHEREAS, the parties are finalizing an agreement to resolve the issues Defendant Jara raised in his motion to dismiss without any further litigation on the matter;

WHEREAS, the parties agree to extend Plaintiffs' deadline to respond to Defendant Jara's Motion to Dismiss to July 13, 2026;

WHEREAS, this is the parties' second request to extend Plaintiffs' deadline to respond to Defendant Jara's Motion to Dismiss; and

WHEREAS, this stipulation is made in good faith and not for purposes of delay.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

-2-                    Case No. 2:26-cv-00382-JAD-MDC

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' deadline to respond to Defendant Jesus F. Jara's Motion to Dismiss shall be extended from July 8, 2026, to July 13, 2026.

Dated: July 8, 2026                         GREENBERG GROSS LLP

By      */s/ David C. Kiebler*
JEMMA E. DUNN
Nevada Bar No. 16229
DANIEL S. CHA *(Pro Hac Vice)*
DAVID C. KIEBLER
Nevada Bar No. 16724
Attorneys for Plaintiffs

Dated: July 8, 2026                         GARIN LAW GROUP

By      */s/ Lisa J. Zastrow*
LISA J. ZASTROW
Attorneys for Defendants

**IT IS SO ORDERED:**

By: _____
Hon. Jennifer A. Dorsey,
UNITED STATES DISTRICT JUDGE

Dated:      7/13/2026