JEMMA E. DUNN
Nevada Bar No. 16229
DANIEL S. CHA *(Pro Hac Vice)*
California Bar No. 260256
DAVID C. KIEBLER
Nevada Bar No. 16724
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
JDunn@GGTrialLaw.com
DCha@GGTrialLaw.com
DKiebler@GGTrialLaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| I.W., C.W., L.W., minors, by and through their legal guardians, J.W. and S.W.,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, JESUS F. JARA, an individual; KRISTY MUFFOLETTO, an individual; DINA MEYER, an individual; LORI CLARK; an individual; GREGORY SEVERTS, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00382-JAD-MDC<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT JESUS F. JARA FROM COUNTS II, IV and V WITHOUT PREJUDICE**<br><br>Judge:    Hon. Jennifer A. Dorsey<br><br><br>ECF Nos. 23, 30 |

Plaintiffs I.W., C.W., and L.W., minors, by and through their legal guardians, J.W. and S.W., and Defendant Jesus F. Jara, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint in this action asserting, among other claims, a Second Cause of Action for Intentional Infliction of Emotional Distress and a Fourth Cause of Action for Violation of Civil Rights under 42 U.S.C. § 1983;

WHEREAS, Defendant Jesus F. Jara was named as a defendant in connection with Counts II and IV;

WHEREAS, Defendant Jesus F. Jara perceived he was potentially named in Count V and addressed the same in the pending motion to dismiss;

WHEREAS, Defendant Jara filed a motion to dismiss the claims against him in Counts II IV, and to the extent it applied, Count V, *see* ECF No. 23;

WHEREAS, the parties have agreed that Defendant Jesus F. Jara should be dismissed from Counts II, IV, and V without prejudice; and

WHEREAS, Defendants Motion to Dismiss, ECF No. 23 is now moot.

IT IS HEREBY STIPULATED AND AGREED that Defendant Jesus F. Jara is dismissed without prejudice from Plaintiffs' Second Cause of Action for Intentional Infliction of Emotional Distress, Fourth Cause of Action for Violation of Civil Rights under 42 U.S.C. § 1983, and Fifth Cause of Action.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

IT IS FURTHER STIPULATED AND AGREED that this stipulation does not dismiss any other claims, causes of action, parties, or defendants except as expressly stated herein.

IT IS SO STIPULATED.

July 13, 2026                                           GREENBERG GROSS LLP

                                                       By          */s/ Jemma E. Dunn*
                                                            Jemma E. Dunn
                                                            Daniel S. Cha *(Pro Hac Vice)*
                                                            David C. Kiebler

                                                            Attorneys for Plaintiffs


July 13, 2026                                           GARIN LAW GROUP

                                                       By          */s/ Lisa J. Zastrow*
                                                            Lisa J. Zastrow

                                                            Attorneys for Defendants

## ORDER

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST JESUS JARA are DISMISSED** without prejudice, each side to bear its own fees and costs. Jara's pending motion to dismiss **[ECF No. 23]** is **DENIED** as moot.  The Clerk of Court is directed to TERMINATE Jara as a defendant.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 14, 2026

-3-                                    Case No. 2:26-cv-00382-JAD-MDC